IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON L. ERIKSEN,<br><br>        Plaintiff,<br><br>vs.<br><br>VAN'S SANITATION, INC., an Iowa limited liability company; and VAN'S SANITATION, LLC, an Iowa corporation,<br><br>        Defendants. | 8:24CV267<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation of Dismissal of Plaintiff's Complaint with Prejudice signed by counsel for all parties. Filing 27. The parties state that they have reached a negotiated settlement of the case. Filing 27 at 1. Therefore, they request that the Court dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal of Plaintiff's Complaint with Prejudice, Filing 27, is accepted, and this case is dismissed with prejudice.

Dated this 8th day of January, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1